**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>            **Plaintiff,** | **CRIMINAL ACTION** |
| **v.** | |
| **LANCE RYAN,**<br>            **Defendant.** | **NO. 23-029-3** |

**O R D E R**

**AND NOW**, this 7th day of May, 2025, upon consideration of Defendant Lance Ryan's Motion to Suppress Physical Evidence Obtained from the Search and Arrest Warrant (ECF No. 41), as well as the Government's Response in Opposition thereto (ECF No. 54), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**